RAB18J (10/05)

# United States Bankruptcy Court

District of Utah
Case No. **12–26355**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Casey Donald Donk
   445 S. 100 E.
   Ivins, UT 84738

Social Security No.:
   xxx–xx–6613

Employer's Tax I.D. No.:

Petition date: 5/16/12

# DISCHARGE OF DEBTOR(S)

It appearing that the debtor(s) are entitled to a discharge,

**IT IS ORDERED:**

The debtor(s) are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                                             BY THE COURT

Dated: 8/30/12                                                William T. Thurman
                                                                                United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A JOINT CHAPTER 7 CASE

This court order grants a discharge to the persons named as the debtors. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                    District of Utah
In re:                                                              Case No. 12-26355-WTT
Casey Donald Donk                                                   Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 1088-2         User: admin                 Page 1 of 3          Date Rcvd: Aug 30, 2012
                             Form ID: rab18j             Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2012.
db         +Casey Donald Donk,    445 S. 100 E.,    Ivins, UT 84738-6233
aty        +Bryan Adamson,    The Justice Firm Legal, L.L.C.,    132 West Tabernacle,
             St. George, UT 84770-3395
8301715    +AES/Fed Loan Servicing,    1200 N. 7th St.,   Harrisburg, PA 17102-1419
8301717    +Allied Interstate,    3000 Corporate Exchange Dr.,    Columbus, OH 43231-7684
8301718    +Allied Interstate,    P.O. Box 1962,    Southgate, MI 48195-0962
8301719    +Allstar Storage,    896 N Westridge Dr.,   Saint George, UT 84770-6495
8301721    +America First Credit Union,    1344 W. 4675 S.,    Ogden, UT 84405-3690
8301720    +America First Credit Union,    PO Box 9199,   Ogden, UT 84409-0199
8301722    +American Management Services,    P.O. Box 910431,    321 N. Mall Dr., Bldg. X, Ste. 102,
             St. George, Utah 84790-7343
8301730    +CBE group,    1309 Technology Pkwy.,   Cedar Falls, IA 50613-6976
8301727    +Cache,    4340 S. Monaco St., 2nd Floor,    Denver, CO 80237-3408
8301734    +Department of Education,    P.O. Box 530210,   Atlanta, GA 30353-0210
8301736    +Direct TV,    P.O. Box 78626,   Phoenix, AZ 85062-8626
8301737    +Encore Receivable Management,    P.O. Box 3330,    Olathe, KS 66063-3330
8301741    +Farmers Insurance,    P.O. Box 660665,   Dallas, TX 75266-0665
8301744    #+Home Depot,    P.O. Box 653000,   Dallas, TX 75265-3000
8301750    +Intermountain Health Care,    P.O. Box 410400,    Salt Lake City, UT 84141-0400
8301751    +Intermountain Health Center,    P.O. Box 79052,    Phoenix, AZ 85062-9052
8301752    +Intermountain Medical Group,    P.O. Box 79052,    Phoenix, AZ 85062-9052
8301754    +Law Office of Joe Pezzuto, LLC,    4013 E. Broadway, Ste. A2,    Phoenix, AZ 85040-8818
8301763    +Mountain Land Collections,    483 W 50 N,   P.O. Box 1280,    American Fork, UT 84003-6280
8301765    +Plumb Dental, Inc.,    427 W. 100 S.,   Saint George, UT 84770-3375
8301767    +Rent a Video,    85 N. 100 E.,   Saint George, UT 84770-3402
8301768     St. George Radiology,    PO Box 657,   Orem, UT 84059-0657
8301769    +Tonaquint Dental,    1506 S. Dixie Dr.,    Saint George, UT 84770
8301771    +Utah Pathology Services, Inc.,    P.O. Box 30309,    Charleston, SC 29417-0309
8301772    #+Utah Radiology Billing,    283 E. 930 S.,   Orem, UT 84058-5001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          EDI: BMFTHOMSON.COM Aug 31 2012 01:53:00     Michael F. Thomson tr,    Dorsey & Whitney LLP,
             136 South Main Street,    Suite 1000,   Salt Lake City, UT  84101-1685
ust        +E-mail/Text: ustpregion19.sk.ecf@usdoj.gov Aug 31 2012 02:27:59      United States Trustee,
             Ken Garff Bldg.,    405 South Main Street,   Suite 300,    Salt Lake City, UT 84111-3402
8301716    +EDI: AFNIRECOVERY.COM Aug 31 2012 01:58:00     AFNI,   P.O. Box 3427,
             Bloomington, IL 61702-3427
8301723    +EDI: AFNIRECOVERY.COM Aug 31 2012 01:58:00     Anderson Financial,    P.O. Box 3097,
             Bloomington, IL 61702-3097
8301724    +EDI: HFC.COM Aug 31 2012 01:53:00     Best Buy,   P.O. Box 5253,    Carol Stream, IL 60197-5253
8301725    +EDI: HFC.COM Aug 31 2012 01:53:00     Best Buy/ HSBC,    P.O. Box 15521,
             Wilmington, DE 19850-5521
8301726    +E-mail/Text: banko@bonncoll.com Aug 31 2012 02:24:17      Bonneville,    P.O. Box 150621,
             Ogden, UT 84415-0621
8301728    +EDI: CAPITALONE.COM Aug 31 2012 01:53:00     Capital One,    P.O. Box 30281,
             Salt Lake City, UT 84130-0281
8301729    +EDI: RMSC.COM Aug 31 2012 01:53:00     Care Credit/ GE Money Bank,    P.O. Box 960061,
             Orlando, FL 32896-0061
8301731    +EDI: CITICORP.COM Aug 31 2012 01:53:00     Citi,   P.O. Box 653095,    Dallas, TX 75265-3095
8301732    +E-mail/Text: diana.hamblin@sgcity.org Aug 31 2012 03:15:33      City of St. George Utilities,
             P.O. Box 1750,    Saint George, UT 84771-1750
8301733    +EDI: CCS.COM Aug 31 2012 02:01:00     Credit Collection Services,    P.O. Box 9134,
             Needham Heights, MA 02494-9134
8301735    +EDI: HFC.COM Aug 31 2012 01:53:00     Direct Rewards,    P.O. Box 5250,
             Carol Stream, IL 60197-5250
8301738    +E-mail/Text: BKNOTICES@EAFLLC.COM Aug 31 2012 02:26:46      Equable Ascent Financing,
             1120 W. Lake Cook Rd.,    Buffalo Grove, IL 60089-1970
8301739    +E-mail/Text: bankruptcy@expressrecovery.com Aug 31 2012 02:27:44      Express Recovery Services,
             3782 W. 2340 S., Ste. B,    Salt Lake City, UT 84120-7295
8301740    +E-mail/Text: bankruptcy@expressrecovery.com Aug 31 2012 02:27:44      Express Recovery, Inc.,
             2790 Decker Lake Dr.,    Salt Lake City, UT 84119-2057
8301742    +EDI: RMSC.COM Aug 31 2012 01:53:00     GE Money,   P.O. Box 960061,    Orlando, FL 32896-0061
8301743    +EDI: RMSC.COM Aug 31 2012 01:53:00     GE Money Bank / Credit Care,    140 Wekiva Springs Rd.,
             Longwood, FL 32779-3604
8301746    +EDI: HFC.COM Aug 31 2012 01:53:00     HSBC,   P.O. Box 5250,    Carol Stream, IL 60197-5250
8301747    +EDI: HFC.COM Aug 31 2012 01:53:00     HSBC Retail Services,    P.O. Box 60148,
             City of Industry, CA 91716-0148
8301748    +EDI: HFC.COM Aug 31 2012 01:53:00     HSBC Retail Services,    P.O. Box 5244,
             Carol Stream, IL 60197-5244
8301745    +EDI: CITICORP.COM Aug 31 2012 01:53:00     Home Depot,    P.O. Box 6497,
             Sioux Falls, SD 57117-6497
8301749    +EDI: ICSYSTEM.COM Aug 31 2012 01:59:00     IC Systems Inc.,    P.O. Box 64886,
             Saint Paul, MN 55164-0886
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
8301753      +E-mail/Text: bureauknight@yahoo.com Aug 31 2012 02:27:00      Knight Adjustment Bureau,
              404 E. 4500 S. , #A-34,   Salt Lake City, UT 84107-2710
8301755      +EDI: MID8.COM Aug 31 2012 01:53:00      MCM Department 12421,   P.O. Box 603,
              Oaks, PA 19456-0603
8301762       E-mail/Text: rrichardson@macu.com Aug 31 2012 02:27:31      Mountain America Credit Union,
              679 North Redwood Rd.,   Salt Lake City, UT 84116
8301758       E-mail/Text: rrichardson@macu.com Aug 31 2012 02:27:31      Mountain America Credit Union,
              P.O. Box 9001,   West Jordan, UT 84084
8301756      +EDI: MID8.COM Aug 31 2012 01:53:00      Midland Credit Management,   P.O. Box 60578,
              Los Angeles, CA 90060-0578
8301757      +EDI: MID8.COM Aug 31 2012 01:53:00      Midland Credit Management, Inc.,   8875 Aero Dr., Ste. 200,
              San Diego, CA 92123-2255
8301760      +E-mail/Text: rrichardson@macu.com Aug 31 2012 02:27:31      Mountain America Credit Union,
              660 S. 200 E.,   Salt Lake City, UT 84111-3835
8301761      +E-mail/Text: rrichardson@macu.com Aug 31 2012 02:27:31      Mountain America Credit Union,
              180 E. 100 S.,   Salt Lake City, UT 84139-1502
8301759      +E-mail/Text: rrichardson@macu.com Aug 31 2012 02:27:31      Mountain America Credit Union,
              7181 S. Campus View Dr.,   West Jordan, UT 84084-4312
8301764      +EDI: RMSC.COM Aug 31 2012 01:53:00      Paypal Smart Connect,   P.O. Box 960080,
              Orlando, FL 32896-0080
8301766      +E-mail/Text: bklaw@centurylink.com Aug 31 2012 02:24:23      Qwest Communications,
              P.O. Box 29040,   Phoenix, AZ 85038-9040
8301770      +EDI: URSI.COM Aug 31 2012 01:53:00      United Recovery Systems,   P.O. Box 722929,
              Houston, TX 77272-2929
8301773      +EDI: AFNIVZWIRE.COM Aug 31 2012 01:53:00      Verizon,   P.O. Box 9622,
              Mission Hills, CA 91346-9622
8301775      +EDI: AFNIVZWIRE.COM Aug 31 2012 01:53:00      Verizon Wireless,   10734 International Dr.,
              Rancho Cordova, CA 95670-7359
8301774      +EDI: AFNIVZWIRE.COM Aug 31 2012 01:53:00      Verizon Wireless,   P.O. Box 26055,
              Minneapolis, MN 55426-0055
8301776      +EDI: WFFC.COM Aug 31 2012 01:53:00      Wells Fargo Bank,,   P.O. Box 6995,
              Portland, OR 97228-6995
                                                                                              TOTAL: 39

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 01, 2012**           **Signature:**  *Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2012 at the address(es) listed below:

          Bryan Adamson    on behalf of Debtor Casey Donk badamson@dixielegal.com, lhartman@dixielegal.com
          Michael F. Thomson tr    thomson.michael@dorsey.com, UT17@ecfcbis.com
          United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

                                                                                             TOTAL: 3